IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ASEA DESHEA HOLLINGSHED,

     Appellant,

v.                                                   Case No. 5D23-172
                                                     LT Case No. 16-2020-CF-006136-AXXX

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed June 13, 2023

Appeal from the Circuit Court
for Duval County,
Adrian G. Soud, Judge.

Jessica J. Yeary, Public Defender, and
Lori A. Willner, Assistant Public
Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and
Zachary F. Lawton, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

MAKAR, EDWARDS and EISNAUGLE, JJ., concur.